JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN MARIE OLSON, | ) | Case No. EDCV 22-1720-JPR |
| Plaintiff, | ) ) ) | **J U D G M E N T** |
| v. | ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order awarding benefits is DENIED; (2) Plaintiff's request for an order remanding the case for further administrative proceedings is GRANTED; (3) the Acting Commissioner's request for an order affirming her final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: November 20, 2023

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE